UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

CHG COMPANIES, INC. d/b/a
COMPHEALTH,

        Plaintiff,

v.

GARDEN STATE HEALTHCARE
ASSOCIATES, LLC,

        Defendant.

Case No.: 2:23-cv-14180

---

### PLAINTIFF CHG COMPANIES, INC. D/B/A COMPHEALTH'S MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that Plaintiff CHG Companies, Inc. d/b/a Comphealth ("Plaintiff"), by and through its undersigned counsel, will move before the Honorable Esther Salas, United States District Court Judge, on January 2, 2023, at the United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 5A, Newark, New Jersey 07101, requesting an Order, pursuant to Fed. R. Civ. P. 55(b)(2), granting a Default Judgment against Defendant Garden State Healthcare Associates, LLC.

In support of its motion for a default judgment, Plaintiff relies upon the accompanying brief, the Declaration of Sean M. O'Brien, Esq., and the Declaration of Victor Garcia, with exhibits, as well as any subsequent submissions offered in further support of same.

Dated: December 4, 2023

                                    **LIPPES MATHIAS LLP**

                                    s/ Sean M. O'Brien
                                    Sean M. O'Brien, Esq.
                                    50 Fountain Plaza, Suite 1700
                                    Buffalo, New York 14202
                                    T: (716) 853-5100
                                    F: (716) 853-5199
                                    E: sobrien@lippes.com
                                    *Attorneys for Plaintiff*