NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHG COMPANIES, INC. d/b/a/ COMPHEALTH,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN STATE HEALTHCARE ASSOCIATES, LLC,<br><br>Defendant. | Civil Action No. 23-14180<br><br>**ORDER**<br><br>July 10, 2024 |

**SEMPER**, District Judge.

This matter having come before the Court on CHG Companies, Inc. d/b/a CompHealth's ("Plaintiff") unopposed Motion for Default Judgment against Garden State Healthcare Associates, LLC ("Defendant") pursuant to Federal Rule of Civil Procedure ("Rule") 55(b)(2) (ECF 8), and the Court having considered the submissions of Plaintiff, for the reasons stated in this Court's Opinion dated July 10, 2024,

**IT IS** on this 10th day of July 2024,

1. **ORDERED** that Plaintiff's Motion for Default Judgment (ECF 8) is **GRANTED**.

2. **ORDERED** that Plaintiff shall recover from Defendant Garden State Healthcare Associates, LLC, $580,835.34 in damages plus $1,745.50 in attorney's fees and $502.00 in costs.

3. If no additional motions are filed, the case will be closed on August 12, 2024.

                                               */s/ Jamel K. Semper*
                                               **HON. JAMEL K. SEMPER**
                                               **United States District Judge**

Orig: Clerk
cc: André M. Espinosa, U.S.M.J.
Parties